✎Prob 12C
(Rev. 10/20 - D/SC)

# United States District Court

for

District of South Carolina

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Calvert J. Drummond, Jr.          **Case Number:** 6:17CR00077-001

**Name of Sentencing Judicial Officer:** The Honorable Timothy M. Cain, Chief United States District Judge

**Date of Original Sentence:** August 17, 2018

**Original Offense:** Conspiracy to Commit Wire Fraud – 18 U.S.C. §§ 1343 and 1349

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for a term of 46 months, followed by 3 years of supervised release. The following special conditions were imposed: (1) The defendant shall be subject to placement in the Financial Litigation Unit Wage Garnishment Program for the purpose of collecting restitution, if deemed necessary by the U.S. Probation Officer; (2) The defendant shall provide the U.S. Probation Officer access to any and all requested financial information, including but not limited to income tax returns; and (3) The defendant shall be prohibited from opening any new lines of credit without the prior written approval of the U.S. Probation Officer. The defendant was also ordered to pay a $100 special assessment and $742,000 in restitution.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** January 14, 2022

**Assistant U.S. Attorney:** William J. Watkins          **Defense Attorney:** Benjamin T. Stepp

**Previous Court Action/Notifications:** None

---

### PETITIONING THE COURT

☒    To issue a warrant (petition and warrant to remain under seal)

☐    To issue a summons

✎Prob 12C  
(Rev. 10/20 - D/SC)

Page 2

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation No. 1 - Failure to Answer Truthfully Questions asked by the Probation Officer:** On official financial documents the defendant provided to the probation officer on July 29, 2024, the defendant was untruthful about where he was residing, how much he was paying for rent, and how much he was paying for restitution. |
| 2. | **Violation No. 2 – Opening New Lines of Credit without the Prior Written Approval of the U.S. Probation Officer:** A recent credit report revealed the defendant opened new lines of credit, to include a purchase of a vehicle, that were not disclosed to the U.S. Probation Officer. |
| 3. | **Violation No. 3 – Failure to Report to the U.S. Probation Office:** The defendant was instructed to report to U.S. Probation for the purpose of completing a financial investigation on July 1, 2024, but failed to report. The defendant messaged the officer and said that he would report on July 8, 2024, instead, but failed to report again. |
| 4. | **Violation No. 4 - Failure to Notify Change of Employment:** On June 10, 2024, when checking with the defendant about his employment for the purpose of garnishment, he informed the supervising officer that his employment changed, and he was working part-time. However, a check with his employer on July 29, 2024, revealed the defendant resigned on February 1, 2024. He changed employment without informing the probation office. |
| 5. | **Violation No. 5 - Failure to Notify Change of Address:** On July 15, 2024, during an office visit, the defendant stated his lease was up and that he was paying to remain at his current address on a "monthly basis." However, the supervising officer went to the defendant's reported address on July 19, 2024, and Mr. Drummond was no longer there. The address had an unknown occupant. During an office visit on July 29, 2024, the defendant admitted to spending most of his days at an address with his girlfriend in Georgia. The probation office had not been made aware the defendant had moved out of state. |
| 6. | **Violation No. 6 – Leaving the Federal Judicial District of Residence without Permission of the Probation Officer or the Court:** During an office visit on July 29, 2024, the defendant admitted he left the federal judicial district of residence and has been in Atlanta, GA. He also admitted to leaving the district on several other occasions, stating he has flown to California, Florida, New Jersey, New York, Texas, and Washington D.C during his term of supervised release. According to his financial transaction records, he has also traveled to North Carolina and Virginia. The defendant has failed to get permission to leave the District of South Carolina. |

Prob 12C
(Rev. 10/20 - D/SC)

Page 3

7. **Violation No. 7 - Failure to Pay Restitution as Ordered**: The defendant was ordered by the Court to pay $500 monthly in restitution. The U.S. Probation Officer was aware that his wages were being garnished, so long as he was employed. However, the defendant resigned from his job on February 1, 2024, and did not report it; therefore, the defendant has failed to voluntarily pay restitution since at least March 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     August 1, 2024

Tamara Styles
U.S. Probation Officer
Greenville Office

Reviewed and Approved By:

Shannon Webber
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

☐      No action.

☒      The issuance of a warrant.

**The Petition, Order and Warrant shall remain under seal until served by the United States Marshal Service, or further order of the court. The Clerk shall forward a copy of this signed petition and warrant to the United States Marshal Service, the United States Probation Office, and the United States Attorney's Office, which may share such documents with other law enforcement agencies or other entities or persons as may be necessary to facilitate service thereof. The assigned United States Probation Officer shall contact the United States Marshal Service to coordinate the timely arrest of the defendant at the United States Probation Office if appropriate. Upon arrest, the Petition, Order and Warrant may be unsealed by the Clerk.**

☐      The issuance of a summons.

**BOND CONSIDERATION:**

☒      Bond to be set at the discretion of the United States Magistrate Judge.

☐      No bond to be set.

☐      Other (specify):

s/ Timothy M. Cain
Timothy M. Cain
Chief United States District Judge

August 2, 2024
Date