AO 442 (Rev. 11/11) Arrest Warrant

FID # 10262049

# UNITED STATES DISTRICT COURT
## for the
### District of South Carolina

**RECEIVED**
**UNITED STATES MARSHAL**
2:04 pm, Aug 02 2024

**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA**

United States of America
v.

Calvert J. Drummond, Jr.

*Defendant*

Case No. 6:17-77-1

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Calvert J. Drummond, Jr., who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of supervised release

Date: 08/02/2024

City and state: Greenville, SC

s/ A. Ruttgers, Deputy Clerk
*Issuing officer's signature*

Robin Blume, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 08/02/2024, and the person was arrested on *(date)* 8/16/24
at *(city and state)* Greenville, SC

Date: 8/19/24

*Arresting officer's signature*

Patrick Pritt / USM
*Printed name and title*