IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America | ) | Criminal No.: 6:17-CR-077 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **APPEARANCE OF COUNSEL** |
| CALVERT J. DRUMMOND. JR. | ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that the undersigned attorney has been retained as counsel of record by and for the Defendant, Calvert J. Drummond, Jr., in connection with the above captioned matter.

Respectfully submitted,

*s/ Margaret A. Chamberlain*
Margaret A. Chamberlain (Federal Bar # 06332)
CHAMBERLAIN LAW FIRM, LLC
600 Pettigru Street
Greenville, South Carolina 29601
Telephone (864) 250-0505
Facsimile (864) 271-8097
ATTORNEY FOR DEFENDANT
CALVERT DRUMMOND. JR.

August 22, 2024

Greenville, South Carolina